Ashley M. CATLETT, Appellant, v. UNITED STATES of America, Appellee.

No. 3045.

Circuit Court of Appeals, Fourth Circuit.

Sept. 26, 1930.

Gatling, Morris & Parker, of Raleigh, N. C., for appellant.

W. H. Fisher, U. S. Atty., of Clinton, N. C., and Willis G. Briggs, Asst. U. S. Atty., of Raleigh, N. C.

PER CURIAM.

Case dismissed under Rule 20 per agreement of counsel.

Before RUDKIN, WILBUR, and SAWTELLE, Circuit Judges.